# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | |
|---|---|
| THERESA F. HARDY | § |
| | § |
| VS. | § |
| | §  NO. 1:15CV11 |
| GOLDEN PASS LNG TERMINAL LLC | § |
| | § |

## DEFENDANT GOLDEN PASS LNG TERMINAL LLC'S
## CORPORATE DISCLOSURE STATEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant Golden Pass LNG Terminal LLC files this Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1.

The parent companies of Golden Pass LNG Terminal LLC are Qatar Petroleum, Exxon Mobil Corporation and ConocoPhillips. There are no publicly held companies which own 10% or more of Golden Pass LNG Terminal LLC's stock.

**MEHAFFYWEBER, P.C.**

MEHAFFYWEBER, P.C.

_M. C. Carrington_ (signature)

M. C. Carrington
State Bar No. 03880800
Maryalyce W. Cox
State Bar No. 24009203
Post Office Box 16
Beaumont, Texas  77704
Telephone:  409/835-5011
Telecopier: 409/835-5177
mccarrington@mehaffyweber.com
maryalycecox@mehaffyweber.com

ATTORNEYS FOR DEFENDANT
GOLDEN PASS LNG TERMINAL LLC

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument has been forwarded to counsel for Plaintiff via electronic court filing service on this the 22nd day of May, 2015.

_____
M. C. CARRINGTON